# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISMAEL A. MURPHY-RICHARDSON, 333262,<br>Petitioner,<br>v.<br>DISTRICT OF ARIZONA, et al.,<br>Respondent(s). | Case No. 22-cv-09051-CRB  (PR)<br><br>**ORDER OF TRANSFER** |

Petitioner Ismael A. Murphy-Richardson seeks federal habeas review of several criminal convictions from Maricopa County Superior Court, which lies within the venue of the District of Arizona. See 28 U.S.C. § 82. Petitioner is incarcerated at the Arizona State Prison Complex in Florence, Arizona, which also lies within the venue of the District of Arizona. See id.

Venue is proper in a habeas action in either the district of confinement or the district of conviction. See 28 U.S.C. § 2241(d). Because the District of Arizona is both the district of confinement and the district of conviction in this case, the court ORDERS that pursuant to 28 U.S.C. § 1404(a), and in the interest of justice, this petition be TRANSFERRED to the United States District Court for the District of Arizona.

Petitioner's contention that venue must be changed from the District of Arizona due to prejudicial pre-trial publicity must be raised in a motion in the District of Arizona. This court has no authority to grant petitioner the change of venue he seeks.

The clerk shall transfer this matter forthwith and close the file.

**IT IS SO ORDERED**.

Dated: February 1, 2023

_____
CHARLES R. BREYER
United States District Judge